01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 VICTOR J. KOCHAJDA,                          )
                                                )   Case No. C06-1277-TSZ-JPD
10          Plaintiff,                          )
                                                )
11    v.                                        )
                                                )   ORDER GRANTING PARTIES'
12 MICHAEL J. ASTRUE, Commissioner              )   STIPULATED MOTION FOR
   Social Security Administration,[1]           )   EXTENSION OF TIME
13                                              )
            Defendant.                          )
14 _____          )

15          This matter comes before the Court upon the parties' stipulated motion for an extension

16 of time.  Dkt. No. 14.  Having carefully considered the parties' motion and the balance of the

17 record, the Court ORDERS as follows:

18          (1)     The parties' stipulated motion for extension of time (Dkt. No. 14) is GRANTED.

19 The briefing schedule for this case is amended.  Because plaintiff has already filed his opening brief

20 (Dkt. No. 13), the Court permits defendant to file his responsive brief no later than **March 15,**

21 **2007**.  Plaintiff shall file his optional reply brief no later than **March 29, 2007**.

22          (2)     No further extensions will be granted absent a showing of good cause.

23

24 _____

25          [1]  On February 12, 2007, Michael J. Astrue became the Commissioner of the Social
   Security Administration.  Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil
26 Procedure, Michael J. Astrue is substituted for former Commissioner Jo Anne B. Barnhart as
   the defendant in this suit.

ORDER GRANTING PARTIES' STIPULATED
MOTION FOR EXTENSION OF TIME
PAGE - 1

01       DATED this 16th day of February 2007.

02

03                                    JAMES P. DONOHUE

04                                  United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26